IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jahovic, Hajrije

Printed: 5/20/08

Case Number: 04 B 28564
Judge: Wedoff, Eugene R
Filed: 8/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 20, 2008
Confirmed: September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,750.00 |  |
| Secured: |  | 13,114.82 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,805.20 |
| Trustee Fee: |  | 818.37 |
| Other Funds: |  | 11.61 |
| Totals: | 15,750.00 | 15,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,805.20 | 1,805.20 |
| 2. | Dell Financial Services, Inc | Secured | 435.76 | 326.49 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 16,496.19 | 12,788.33 |
| 4. | Aspire Visa | Unsecured | 213.52 | 0.00 |
| 5. | Dell Financial Services, Inc | Unsecured | 106.92 | 0.00 |
| 6. | Charming Shoppes-Fashion Bug | Unsecured | 85.12 | 0.00 |
| 7. | Nissan Motor Acceptance Corporation | Unsecured | 617.96 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 196.85 | 0.00 |
| 9. | Option One | Secured |  | No Claim Filed |
| 10. | Exxon | Unsecured |  | No Claim Filed |
| 11. | Ethan Allen | Unsecured |  | No Claim Filed |
| 12. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,957.52 | $ 14,920.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 204.05 |
| 4% | 54.42 |
| 3% | 40.16 |
| 5.5% | 223.40 |
| 5% | 66.92 |
| 4.8% | 108.55 |
| 5.4% | 120.87 |
|  | $ 818.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jahovic, Hajrije | Case Number:  04 B 28564 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/20/08 | Filed:  8/2/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

